IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:08-1172 |
| ) | |
| vs. ) | |
| ) | **O R D E R TO SEAL** |
| **CHARLES A. HARDEE** ) | |

This matter comes before the Court on motion of the United States to seal the entire sentencing transcript in the above-captioned case. The defendant's attorney has been consulted and consents to this motion. The basis of this motion is that a great deal of the testimony and evidence provided during the defendant's sentencing concerned a minor and it is the desire of the United States to protect the minor victim.

Based on the foregoing, the court finds that the interest of justice are best served by filing the sentencing transcript under seal. It is therefore,

ORDERED that the sentencing transcript be filed under seal.

AND IT IS SO ORDERED.

                                                s/ Terry L. Wooten
                                                TERRY L. WOOTEN
                                                UNITED STATES DISTRICT JUDGE

Florence, SC

February 2, 2010.

I SO MOVE:

KEVIN F. MCDONALD
ACTING UNITED STATES ATTORNEY

BY:    /s/ William E. Day, II
       WILLIAM E. DAY, II
       Assistant U.S. Attorney

I CONSENT:

   /s/  James P. Rogers
JAMES P. ROGERS
Attorney for Defendant